IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CV-48-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| $1,281.00 IN U. S. CURRENCY, ) | |
| ) | |
| AND ) | **O R D E R** |
| ) | |
| A SMITH AND WESSON .38 SPECIAL ) | |
| FIREARM, SERIAL NUMBER J474546, ) | |
| AND A ROSSI .357 HANDGUN, ) | |
| SERIAL NUMBER VC935473, ) | |
| ) | |
| Defendants. ) | |

The claimant in this action seeks an Order directing the United States to return property named in the Amended Complaint to his possession. As the Government filed a Notice of Voluntary Dismissal on August 27, 2015, the Court lacks jurisdiction to do so. Accordingly, the motion is DENIED.

SO ORDERED. This 15 day of January, 2016.

_____
JAMES C. FOX
Senior United States District Judge

1